IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH KAMELGARD,<br><br>    Plaintiff,<br><br>          v.<br><br>THE AMERICAN COLLEGE OF SURGEONS, JOHN DOES "A", "B", AND "C" AS AGENTS OF THE ACS, and JERZY MACURA,<br><br>    Defendants. | No.  08 CV 03211<br><br>Judge Conlon<br>Magistrate Judge Denlow |

## MOTION TO VACATE DISMISSAL

Plaintiff, Joseph Kamelgard, through his attorneys, Miles Zaremski and Myron Mackoff, move this Honorable Court to vacate its dismissal of June 6, 2008. In support of this motion, Plaintiff states as follows:

## FACTS

1. The Complaint in this matter was filed electronically on June 3, 2008 according to the instructions on the Northern District of Illinois web site ("web site").

2. Pursuant to the procedure outlined on the web site, complaints are filed under a "dummy" case number 07 CV 99999 until the time when the Circuit Clerk dockets the case and assigns it a permanent case number.

3. A Civil Cover Sheet was filed as an attachment to the Complaint.  (A copy of the Civil Cover Sheet is attached hereto as Exhibit A)

4. There is no procedure outlined on the web site that would allow an attorney's appearance to be filed to this "dummy number".

5. Not finding a way to file an appearance concurrent with a complaint, Plaintiff's counsel called the clerk's office and was told to wait until the case was docketed and a case number assigned to the case to file an appearance.

6. The Civil Cover Sheet contained all the necessary contact information with regard to the Plaintiff's attorney.

7. On June 3, 2008, counsel for Plaintiff received an e-mail from the clerk's office that instructed him to "Please e-file an attorney appearance form once the case is docketed on PACER". (A copy of this email is attached hereto and incorporated by reference herein as Exhibit B)

8. On June 5, 2008, counsel for Plaintiff received an e-mail from the clerk's office that instructed him that the case was docketed on PACER. (A copy of this email is attached hereto and incorporated by reference herein as Exhibit C)

9. On June 6, 2008, counsel for Plaintiff e-filed their appearances. (A copy of the PACER docket sheet is attached hereto as Exhibit D)

10. On June 6, 2008, this Court dismissed Plaintiff's complaint for the alleged failure to file an attorney's appearance.

## ARGUMENT

11. In filing this matter, Plaintiff's counsel did everything according to the directions of the Circuit Clerk and the Northern District's own web site with respect to filing their appearances including filing appearances within 24 hours of being notified that the case had been docketed on PACER.

12. Plaintiff should not be penalized with the dismissal of his case for following the Clerk's directions with respect to the filing of his counsel's appearances.

13. Filing an appearance on June 6, 2008, three days after the filing of the Complaint and Civil Cover Sheet in this matter, had no dilatory or other negative effect on the progress of this matter since the Clerk's office and the Court was already in possession of all the pertinent information about Plaintiff's counsel on June 3, 2008, Defendants had not been served and no Court dates had been set.

WHEREFORE, for all of the foregoing reasons, Plaintiff Joseph Kamelgard prays the Court vacate its dismissal order of June 6, 2008 and allow this matter to proceed normally.

Respectfully submitted,

\_\_/s/ Myron Mackoff\_\_\_\_
Attorney for plaintiff

Myron Mackoff
407 S. Dearborn St., Suite 1310
Chicago, IL 60605
Tel. (312) 922-5236
Atty. Bar No 6225518

Myles Zaremski
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, Illinois 60062

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

1. U.S. Government Plaintiff
2. U.S. Government Defendant
3. Federal Question (U.S. Government Not a Party)
4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Satellite TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Inj. | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Security/Commodity/Exch. |
| 195 Contract Product Liability | | | | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | 864 SSID Title XVI | 892 Economic Stabilization Act |
| | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | | | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | |
| 245 Tort Product Liability | 445 ADA—Employment | 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 ADA — Other | 550 Civil Rights | | | 890 Other Statutory Actions |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

1. Original Proceeding
2. Removed from State Court
3. Remanded from Appellate Court
4. Reinstated or Reopened
5. Transferred from another district (specify)
6. Multidistrict Litigation
7. Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     **DEMAND $**      CHECK YES only if demanded in complaint: **JURY DEMAND:** Yes   No

**IX.** This case   is not a refiling of a previously dismissed action.

is a refiling of case number _____, previously dismissed by Judge _____

DATE                SIGNATURE OF ATTORNEY OF RECORD

**From:** Intake_ILND@ilnd.uscourts.gov
**To:** mackoff@aol.com
**Subject:** Your New E-File Case
**Date:** Tue, 3 Jun 2008 6:01 pm
**Attachments:** 08cv3211exh.pdf (162K), 08cv3211civco.pdf (318K), 08cv3211cmp.pdf (123K)

Good afternoon,

Here are your stamped PDFs for for entry#6591 under 07cv99999.

Please e-file an attorney appearance form once the case is docketed on PACER.

Thank you.

From: usdc_ecf_ilnd@ilnd.uscourts.gov
To: ecfmail_ilnd@ilnd.uscourts.gov
Subject: Activity in Case 1:08-cv-03211 Kamelgard v. American College of Surgeons, The et al complaint
Date: Thu, 5 Jun 2008 10:38 am

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois -

## Notice of Electronic Filing

The following transaction was entered on 6/5/2008 at 10:37 AM CDT and filed on 6/3/2008
**Case Name:** Kamelgard v. American College of Surgeons, The et al
**Case Number:**
**Filer:** Joseph Kamelgard
**Document Number:**

**Docket Text:**

1:08-cv-3211 Notice has been electronically mailed to:

Myron F. Mackoff

1:08-cv-3211 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=6/5/2008] [FileNumber=4874924-0]
[158101830c5b99df6ac433686d7dc75c0c0f768beb7789b70357eac470457b204920
32a02bac4b5e078d638496fd851cfec4319bca43bf931584742db8ed2dc6]]
**Document description:** Exhibits
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=6/5/2008] [FileNumber=4874924-1]
[0671f526a344e5d728feb95b252e013acab8286395288c21384ee5b091de34bbbf8a
d4f167cfcf42b83de2146b21b6f28767a49974babc164df0fe96b177f65c]]

DENLOW, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−03211

| | |
|---|---|
| Kamelgard v. American College of Surgeons, The et al<br>Assigned to: Honorable Suzanne B. Conlon<br>Demand: $75,000<br>Cause: 28:1332 Diversity−Libel,Assault,Slander | Date Filed: 06/03/2008<br>Date Terminated: 06/06/2008<br>Jury Demand: Plaintiff<br>Nature of Suit: 320 P.I.: Assault Libel &Slander<br>Jurisdiction: Diversity |

**Plaintiff**

**Joseph Kamelgard**     represented by     **Miles J. Zaremski**
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
(847)418−3830
Fax: 847−291−8492
Email: mzaremski@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Myron F. Mackoff**
Richardson &Mackoff
407 South Dearborn
Suite 1310
Chicago, IL 60605
(312) 922−5236
Email: mackoff@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American College of Surgeons, The**

**Defendant**

**John Doe "A"**

**Defendant**

**John Doe "B"**

**Defendant**

**John Doe "C"**
*as agents of the ACS*

**Defendant**

**Jerzy Macura**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2008 | 1 | COMPLAINT filed by Joseph Kamelgard; Jury Demand. Filing fee $ 350. (Attachments: # 1 Exhibits)(kj, ) (Entered: 06/05/2008) |
| 06/03/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 06/05/2008) |

| 06/06/2008 | 4 | ATTORNEY Appearance for Plaintiff Joseph Kamelgard by Myron F. Mackoff (Mackoff, Myron) (Entered: 06/06/2008) |
|---|---|---|
| 06/06/2008 | 5 | ATTORNEY Appearance for Plaintiff Joseph Kamelgard by Miles Jay Zaremski (Zaremski, Miles) (Entered: 06/06/2008) |
| 06/06/2008 | 6 | MINUTE entry before the Honorable Suzanne B. Conlon:Civil case terminated. The case is dismissed without prejudice for attorney's failure to file an appearance. Notices mailed by Judicial staff. (wyh, ) (Entered: 06/13/2008) |
| 06/06/2008 | 7 | Document Entered In Error. (wyh,) Modified on 6/16/2008 (dl,). (Entered: 06/13/2008) |
| 06/16/2008 | 8 | NOTICE of Correction regarding document number 7 . (dl,) (Entered: 06/16/2008) |