IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH KAMELGARD,<br><br>        Plaintiff,<br><br>        v.<br><br>THE AMERICAN COLLEGE OF SURGEONS, JOHN DOES "A", "B", AND "C" AS AGENTS OF THE ACS, and JERZY MACURA,<br><br>        Defendants. | No. 08 CV 03211<br><br>  Judge Conlon<br>  Magistrate Judge Denlow |

## NOTICE OF MOTION

To:   Myles Zaremski
      Zaremski Law Group
      707 Skokie Blvd.
      Suite 600
      Northbrook, Illinois 60062

   On June 25, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Suzanne Conlon or any Judge sitting in her stead in Room 1743 or the courtroom usually occupied by her in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached Plaintiff's Motion to Vacate Dismissal.

                                                    Respectfully submitted,


                                                    __/s/ Myron Mackoff____
                                                    Attorney for plaintiff