# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 CV 3211 |
| v. ) | |
| ) | Judge Conlon |
| THE AMERICAN COLLEGE OF SURGEONS, ) | |
| JOHN DOES "A", "B", AND "C" AS AGENTS ) | Magistrate Judge Denlow |
| OF THE ACS, and JERZY MACURA, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION

Defendant American College of Surgeons ("ACS") hereby respectfully requests that this Court extend the date by which it must answer or otherwise plead to August 29, 2008. In support of its motion, ACS states as follows:

1. ACS was served on or about July 11, 2008 and its responsive pleading is due on July 31, 2008.

2. ACS hereby moves this Court for an extension of time, to and including August 29, 2008, within which to file its responsive pleading in this case.

3. Counsel for plaintiff, Joseph Kamelgard, has consented to said extension. ACS has not filed any other motions for extension of time in which to file a responsive pleading.

WHEREFORE, Defendant American College of Surgeons respectfully requests that this Court grant an extension of time to and including August 29, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint.

> Respectfully submitted,
>
> AMERICAN COLLEGE OF SURGEONS
>
> /s/ Brendan J. Healey

Steven P. Mandell
Brendan J. Healey
Natalie A. Harris
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile:   (312) 251-1010

July 18, 2008
171060