IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 CV 3211 |
| v. ) | |
| ) | Judge Conlon |
| THE AMERICAN COLLEGE OF SURGEONS, ) | |
| JOHN DOES "A", "B", AND "C" AS AGENTS ) | Magistrate Judge Denlow |
| OF THE ACS, and JERZY MACURA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Myron Mackoff                    Miles Zaremski
      407 South Dearborn St., Ste. 1310   Zaremski Law Group
      Chicago, IL 60605                707 Skokie Blvd., Ste. 600
                                       Northbrook, IL 60062

    **PLEASE TAKE NOTICE** that on **Thursday, July 24, 2008** at **9 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Suzanne B. Conlon in Room 2325 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant American College of Surgeons' *Agreed Motion for Enlargement of Time*, a copy of which is hereby served upon you.

                                              Respectfully submitted,

                                              AMERICAN COLLEGE OF SURGEONS

                                              /s/ Brendan J. Healey

Steven P. Mandell
Brendan J. Healey
Natalie A. Harris
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile:   (312) 251-1010

July 18, 2008

## CERTIFICATE OF SERVICE

    This is to certify that I have this date served a true and correct copy of the within and foregoing Defendant American College of Surgeons' Notice of Motion and Agreed Motion for Enlargement of Time by ECF to the following:

| | |
|---|---|
| Myron Mackoff | Miles Zaremski |
| 407 South Dearborn St., Ste. 1310 | Zaremski Law Group |
| Chicago, IL  60605 | 707 Skokie Blvd., Ste. 600 |
| | Northbrook, IL  60062 |

This 18th day of July, 2008.

                                                        /s/ Brendan J. Healey