# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3211 | **DATE** | 7/21/2008 |
| **CASE TITLE** | JOSEPH KAMELGARD vs. THE AMERICAN COLLEGE OF SURGEONS, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. A technical default is entered against defendant Dr. Jerzy Macura for failure to answer or otherwise plead to the complaint. Parties shall comply with FRCP 26(a)(1) by July 30, 2008. Plaintiff shall comply with FRCP 26(a)(2) by November 18, 2008; defendant shall comply with FRCP 26(a)(2) by December 17, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on January 16, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 5, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by January 29, 2009. The case is placed on the February trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | WH |
|---|---|---|