# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3211 | **DATE** | 7/24/2008 |
| **CASE TITLE** | JOSEPH KAMELGARD vs. THE AMERICAN COLLEGE OF SURGEONS, ET AL | | |

**DOCKET ENTRY TEXT**

Agreed motion for extension of time from July 31, 2008 to August 29, 2008, in which to answer or otherwise plead to the complaint is granted. ALL OTHER PREVIOUSLY SET DATES STAND.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|