# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                              Case Number: 08 CV 3211

JOSEPH KAMELGARD
v.
THE AMERICAN COLLEGE OF SURGEONS, ET AL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JERZY MACURA

| |
|---|
| NAME (Type or print) <br> Daniel M. Purdom |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel M. Purdom |
| FIRM <br> Hinshaw & Culbertson LLP |
| STREET ADDRESS <br> 4343 Commerce Court, Suite 415 |
| CITY/STATE/ZIP <br> Lisle, IL  60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122020 | TELEPHONE NUMBER <br> 630-505-0010 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE AMERICAN COLLEGE OF  )<br>SURGEONS, JOHN DOES "A", "B" AND "C"  )<br>as agents of the ACS, and JERZY MACURA,  )<br>  )<br>    Defendant.  )  | Case No.: 08 CV 3211<br><br>Judge Suzanne B. Conlon |

## NOTICE OF FILING

To:   All Counsel of Record

    Please take notice that on August 7, 2008 we will cause to be filed with the Clerk of U.S. District Court, Chicago, Illinois, Appearance of Daniel M. Purdom, a copy of which is herewith served upon you.

                                                Respectfully submitted
                                                JERZY MACURA
                                                HINSHAW & CULBERTSON LLP
                                                By:   s/Daniel M. Purdom
                                                      Daniel M. Purdom

Daniel M. Purdom
Hinshaw & Culbertson LLP
4343 Commerce Court, Suite 415
Lisle, IL 60532-1099
630-505-0010
630-505-0959 – fax
dpurdom@hinshawlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2008, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of **caption** to be served on:

20191886v12866 7048395

| | |
|---|---|
| Miles J. Zaremski | [mzaremski@gmail.com](mzaremski@gmail.com) |
| Myron F. Makoff | mackoff@aol.com |
| Steven P. Mandell | smandell@mandellmenkes.com |
| Brendan J. Healey | bhealey@mandellmenkes.com |
| Natalie Anne Harris | nharris@mandellmenkes.com |

                                            HINSHAW & CULBERTSON LLP

                                       By:  s/  Daniel M. Purdom

Hinshaw & Culbertson LLP
4343 Commerce Court
Suite 415
Lisle, IL 60532-1099
630-505-0010

2

20191886v12866 7048395