AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | ILLINOIS |

JOSEPH KAMELGARD.

Vs.

THE AMERICAN COLLEGE OF SURGEONS, JOHN DOES "A", "B" AND "C" AS AGENTS OF THE ACS, and JERZY MACURA

**APPEARANCE**

Case Number: 08 C 3211

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JERZY MACURA

I certify that I am admitted to practice in this court.

| August 7, 2008 | /s/Adam L. Saper |
|---|---|
| Date | Signature |

| Adam L. Saper | 6256627 |
|---|---|
| Print Name | Bar Number |

HINSHAW & CULBERTSON LLP - 222 N. LaSalle St. - S. 300 -
Address

| Chicago | IL | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 704-3000 | (312) 704-3001 |
|---|---|
| Phone Number | Fax Number |

American LegalNet, Inc.
www.FormsWorkflow.com