IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE AMERICAN COLLEGE OF )<br>SURGEONS, ET AL., )<br>)<br>Defendants. ) | Case No. 08 CV 3211<br><br>JUDGE SUZANNE CONLON<br><br>MAGISTRATE JUDGE DENLOW |

**NOTICE OF MOTION**

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the **14th day of August, 2008, at 9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the **Honorable Judge Suzanne B. Conlon**, or any Judge sitting in her stead in Courtroom 1743, in the United States District Court, located at 219 South Dearborn, Chicago, Illinois, and then and there present **Motion to Vacate Technical Default and for Enlargement of Time to File Responsive Pleading.**

**DR. JERZY MACURA**

By /s/ Adam L. Saper
    One of his Attorneys

Daniel Purdom, Esq.
Adam L. Saper, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000
Fax: (312) 704-3001
dpurdom@hinshawlaw.com
asaper@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on August 7, 2008, I served this **NOTICE OF MOTION** by filing it with the Court's CM/ECF system, which will make copies of the document available to all counsel of record on August 7, 2008:

By: /s/Adam L. Saper

### Service List

Miles J. Zaremski
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, IL  60062

Myron F. Mackoff
Richardson & Mackoff
407 South Dearborn
Suite 1310
Chicago, Illinois  60605

Brendan J. Healey
Natalie Anne Harris
Steven P. Mandell
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois  60606