IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD, ) | |
| ) | Case No. 08 CV 3211 |
| Plaintiff, ) | |
| v. ) | Honorable Suzanne B. Conlon |
| ) | |
| THE AMERICAN COLLEGE OF ) | Magistrate Judge Denlow |
| SURGEONS, ET AL., ) | |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF MOTION

TO:    SEE ATTACHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the <u>20th</u> day of <u>August</u> 2008 at <u>9:00 a.m.</u>, or as soon thereafter as this Motion may be heard, I shall appear before the **Honorable Judge Suzanne B. Conlon**, or any Judge sitting in his/her stead in **Courtroom 1743**, in the United States District Court, located at 219 S. Dearborn, Chicago, Illinois, and then and there present **Motion to Vacate Technical Default and for Enlargement of Time to File Responsive Pleading** (previously filed August 7, 2008).

Respectfully submitted,

DR. JERZY MACURA

By: /s/ *Adam L. Saper*
    One of Its Attorneys

Daniel Purdom, Esq.
Adam L. Saper, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000.Office
(312) 704-3001.Fax
dpurdom@hinshawlaw.com
asaper@hinshawlaw.com

6351452v1 891312 68596

STATE OF ILLINOIS )
)
COUNTY OF COOK )

      I, the undersigned attorney, certify that on August 14, 2008, I served this **AMENDED NOTICE OF MOTION (Motion to Vacate Technical Default and For Enlargement of Time to File Responsive Pleading)** by filing it with the Court's CM/ECF system, which will make copies of the document available to all counsel of record, along with hand-delivered courtesy copy to Judge, on August 14, 2008:

By: /s/ *Adam L. Saper*
One of Its Attorneys

### Service List

Miles J. Zaremski
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062

Myron F. Mackoff
Richardson & Mackoff
407 South Dearborn
Suite 1310
Chicago, Illinois 60605

Brendan J. Healey
Natalie Anne Harris
Steven P. Mandell
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606

6351452v1 891312 68596