# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3211 | **DATE** | 8/14/2008 |
| **CASE TITLE** | JOSEPH KAMELGARD vs. THE AMERICAN COLLEGE OF SURGEONS, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Dr. Jerzy Macura's motion to vacate technical default and for enlargement of time to file responsive pleading [23] is granted. The technical default entered against defendant Dr. Jerzy Macura on 7/21/08 is vacated. The docket reflects plaintiff failed to file return of summons as to any defendant. Dr. Macura shall answer or otherwise plead by September 6, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|