IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 CV 3211 |
| v. ) | |
| ) | Judge Conlon |
| THE AMERICAN COLLEGE OF SURGEONS, ) | |
| JOHN DOES "A", "B", AND "C" AS AGENTS ) | Magistrate Judge Denlow |
| OF THE ACS, and JERZY MACURA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant American College of Surgeons hereby gives notice that Brendan J. Healey of Mandell Menkes LLC is hereby withdrawing from this case and will be replaced by Steven L. Baron of Mandell Menkes LLC. Attached hereto as Ex. A is an Appearance Form for Mr. Baron

Respectfully submitted,

AMERICAN COLLEGE OF SURGEONS

/s/ Steven L. Baron

Steven P. Mandell (ARDC No. 6183729)
Steven L. Baron (ARDC No. 6200868)
Natalie A. Harris (ARDC No. 6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010

August 29, 2008

## CERTIFICATE OF SERVICE

    This is to certify that I have this date served a true and correct copy of the within and foregoing Defendant American College of Surgeons' Notice of Substitution of Counsel by ECF to the following:

| | |
|---|---|
| Myron Mackoff | Miles J. Zaremski |
| 407 South Dearborn St., Ste. 1310 | Zaremski Law Group |
| Chicago, IL 60605 | 707 Skokie Blvd., Ste. 600 |
| | Northbrook, IL 60062 |

This 29th of August, 2008.

                                                  /s/ Steven L. Baron

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:    08 CV 3211

Joseph Kamelgard v. The American College of Surgeons, John Does "A", "B" and "C" as agents of ACS and Jerzy Macura

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

American College of Surgeons

---

| | |
|---|---|
| NAME (Type or print) | |
| Steven L. Baron | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Steven L. Baron/ | |
| FIRM  Mandell Menkes LLC | |
| STREET ADDRESS  333 West Wacker Drive, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC # 6200868 | TELEPHONE NUMBER  312-251-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL               APPOINTED COUNSEL | |

EXHIBIT A