IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH KAMELGARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE AMERICAN COLLEGE OF SURGEONS, ) <br> JOHN DOES "A", "B", AND "C" AS AGENTS ) <br> OF THE ACS, and JERZY MACURA, ) <br> ) <br> Defendants. ) | 08 CV 3211 <br><br> Judge Conlon <br><br> Magistrate Judge Denlow |

### NOTICE OF MOTION

To:  Myron Mackoff                         Miles J. Zaremski
     407 South Dearborn St., Ste. 1310    Zaremski Law Group
     Chicago, IL 60605                     707 Skokie Blvd., Ste. 600
                                           Northbrook, IL 60062

**PLEASE TAKE NOTICE** that on **Tuesday, September 9, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Suzanne B. Conlon in Room 2325 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Defendant American College of Surgeons' Motion to Dismiss* and memorandum in support thereof, copies of which are hereby served upon you.

Respectfully submitted,

AMERICAN COLLEGE OF SURGEONS

/s/ Steven P. Mandell

Steven P. Mandell (ARDC No. 6183729)
Steven L. Baron (ARDC No. 6200868)
Natalie A. Harris (ARDC No. 6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010

August 29, 2008