**ALR**

**FILED**
**AUGUST 29, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3211 |

Joseph Kamelgard v. The American College of Surgeons, John Does "A", "B" and "C" as agents of ACS and Jerzy Macura

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

American College of Surgeons

| |
|---|
| NAME (Type or print) |
| Steven L. Baron |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Steven L. Baron/ |
| FIRM   Mandell Menkes LLC |
| STREET ADDRESS   333 West Wacker Drive, Suite 300 |
| CITY/STATE/ZIP   Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC # 6200868 | TELEPHONE NUMBER   312-251-1000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL             APPOINTED COUNSEL |

**EXHIBIT A**