# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3211 | **DATE** | 9/5/2008 |
| **CASE TITLE** | JOSEPH KAMELGARD vs. THE AMERICAN COLLEGE OF SURGEONS, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant American College of Surgeons' Motion to Dismiss [29] is taken under advisement. Plaintiff shall respond by September 16, 2008. The motion will not be heard on September 9, 2008 as noticed.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|