IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KAMELGARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3211 |
| v. | ) | |
| | ) | Honorable Suzanne B. Conlon |
| THE AMERICAN COLLEGE OF SURGEONS, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
OF ONE DAY TO FILE RESPONSIVE PLEADING**

NOW COMES defendant, Dr. Jerzy Macura ("Dr. Macura"), by his undersigned counsel, Daniel M. Purdom and Adam L. Saper, and as his Motion for Enlargement of Time of One Day to File Responsive Pleading, states as follows:

1. Dr. Macura's responsive pleading is due to be filed on September 8, 2008.

2. Dr. Macura will be moving to dismiss each of the three counts asserted against him. Because there are multiple grounds for dismissal of the three counts against Dr. Macura and a discussion of two statutes and several cases is necessary, the supporting memorandum is substantial. Dr. Macura respectfully requests one additional day to respond to the Complaint.

WHEREFORE, Dr. Jerzy Macura respectfully requests this Court to grant him an enlargement of time of one day, to and including September 9, 2008, in which to answer or otherwise plead to the Complaint and such other relief as the Court deems appropriate.

JERZY MACURA, M.D.

By: /s/ *Adam L. Saper*
One of His Attorneys

Daniel Purdom, Esq.
Adam L. Saper, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, # 300
Chicago, Illinois  60601
(312) 704-3000.Office
(312) 704-3001.Fax
dpurdom@hinshawlaw.com
asaper@hinshawlaw.com

6349178v1 891312 68596

## CERTIFICATE OF SERVICE (ECF)

The undersigned counsel hereby certifies the foregoing **Motion for Enlargement of Time of One Day to File Responsive Pleading** was filed via the Court's CM/ECF system and sent by first class U.S. Mail, postage prepaid, on this 8th day of September, 2008, and thus served upon:

### Service List

Miles J. Zaremski
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062

Myron F. Mackoff
Richardson & Mackoff
407 South Dearborn
Suite 1310
Chicago, Illinois 60605

Brendan J. Healey
Natalie Anne Harris
Steven P. Mandell
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606

By: /s/ Adam L. Saper

6349178v1 891312 68596