IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KAMELGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CV 3211 |
| | ) | |
| THE AMERICAN COLLEGE OF SURGEONS, ET AL., | ) | Honorable Suzanne B. Conlon |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the <u>16th</u> day of <u>September</u> 2008 at <u>9:00 a.m.</u>, or as soon thereafter as this Motion may be heard, I shall appear before the **Honorable Judge Suzanne B. Conlon**, or any Judge sitting in his/her stead in **Courtroom 1743**, in the United States District Court, located at 219 S. Dearborn, Chicago, Illinois, and then and there present **Motion for Enlargement of Time of One Day to File Responsive Pleading**.

                                                   JERZY MACURA, M.D.

                                                   By:  /s/ *Adam L. Saper*
                                                        One of His Attorneys

Daniel Purdom, Esq.
Adam L. Saper, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, # 300
Chicago, Illinois  60601
(312) 704-3000.Office
(312) 704-3001.Fax
dpurdom@hinshawlaw.com
asaper@hinshawlaw.com

6359518v1  891312  68596

## CERTIFICATE OF SERVICE (ECF)

The undersigned counsel hereby certifies the foregoing **Notice of Motion (Motion for Enlargement of Time of One Day to File Responsive Pleading)** was filed via the Court's CM/ECF system and sent by first class U.S. Mail, postage prepaid, on this 8th day of September, 2008, and thus served upon:

### Service List

Miles J. Zaremski
Zaremski Law Group
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062

Myron F. Mackoff
Richardson & Mackoff
407 South Dearborn
Suite 1310
Chicago, Illinois 60605

Brendan J. Healey
Natalie Anne Harris
Steven P. Mandell
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606

By: /s/ Adam L. Saper

6359518v1 891312 68596